

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00242-CV

**IN THE INTEREST OF S.S.R., J.H.R. JR., AND G.D.R,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01761
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file a brief is granted. We order appellant's brief due June 27, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court